UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:24−cr−00608 |
| | § | |
| Joey Lamar Ellis | § | |

# Notice of Referral of Motion to Magistrate Judge

Pursuant to 28 U.S.C. 636(b)(1), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and General Order 2024-08, the presiding district judge has designated Magistrate Judge Peter Bray to hear and determine the motion(s) identified below:

Sealed Event − #27
Sealed Event − #28

Date: July 8, 2025.

Nathan Ochsner, Clerk

By: Kimberly Picota
Case Manager