# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:24−cr−00608

Joey Lamar Ellis

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Joey Lamar Ellis as set forth below.**

**Before the Honorable Peter Bray**

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/22/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Sealed Event – #27

Date: July 18, 2025                                   Nathan Ochsner, Clerk