# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 4-24-CR-608 |
| | § | |
| JOEY LAMAR ELLIS | § | |

## JOINT MOTION TO CONTINUE

The United States of America through Nicholas J. Ganjei, United States Attorney, and Sharad S. Khandelwal and Eun Kate Suh, Assistant United States Attorneys, and Defendant Joey Lamar Ellis, through his counsel, Darryl Austin, respectfully move that the Court continue the status hearing currently scheduled for on or about October 15, 2025, and reschedule it for January 14, 2026, or some other date the Court deems appropriate, at which time the Court and the parties can discuss whether a trial schedule should be set or whether an additional continuance is needed.

1. On December 3, 2024, a federal grand jury returned an Indictment charging the Defendant with twenty counts, which range from federal civil rights violations to possession of a firearm during a crime of violence to obstruction of justice. That Indictment concerned eight separate victims who had dealt with the

1

Defendant on at least nine separate events spanning over a period of time from February to June 2024. *See* Docket #1.

    2.    In sum, this Indictment alleges that the Defendant worked for the City of Houston as an urban park ranger and that he abused his authority by detaining people in various city parks at night, accusing them of committing crimes, and demanding they pay him money or else be arrested, have their car impounded, be thrown into jail, and be charged with felonies. The Indictment further alleges that the Defendant pretended to be a police officer or its equivalent in these encounters, and that he would not allow his victims to leave until they paid him. Furthermore, the Indictment charges that, on some of these encounters, the Defendant possessed and brandished a firearm that he was not supposed to have as part of his City of Houston job. It also alleges that in some of these encounters, the Defendant physically assaulted his victims. It further alleges that in some of these encounters, the Defendant sexually abused and assaulted his victims.

    3.    The Defendant was subsequently arrested and ordered detained pending trial following a detention hearing on December 12, 2024. *See* Docket #7, 14.

    4.    On January 13, 2025, the Court granted the United States' unopposed motion to designate the case as complex and for a continuance. *See* Docket #20. The Court granted the parties' joint motion for a continuance, and scheduled trial for

August 11, 2025. *See* Docket #26. The Court then granted the parties' subsequent joint motion for a continuance and scheduled a status hearing for October 15, 2025. *See* Docket #39.

5. The parties respectfully file this request for a continuance of the current trial calendar and requests that the Court set this case for a status hearing on or about January 14, 2026, or some other date the Court deems appropriate, at which time the Court and the parties can discuss whether a trial schedule should be set or whether an additional continuance is needed.

6. The grand jury continues to investigate this case. The United States has diligently investigated this case, but this case is unusually complex. Currently, the United States has identified approximately a total of forty victims who stretch out over a seven-month period. Each is being reviewed for inclusion into a superseding indictment. Furthermore, the United States continues to find new corroborating evidence as its investigation progresses.

7. Since the last time the parties filed for a continuance of the trial date, the United States has also embarked on several additional lines of investigation that need additional time to develop.

8. Furthermore, discovery in this case has already proven to be voluminous. With additional victims and corroborating evidence still being

identified, however, that discovery is only expected to grow larger and to become more complex.

9. Additional time is needed to allow this investigation to come to its natural conclusion, and for the Defendant to receive and review discovery. The United States is aiming to issue a single superseding indictment rather than having to issue multiple waves of successive of indictment. Accordingly, the parties jointly request that the Court schedule a status hearing date on or about January 14, 2026, or some other date the Court deems appropriate, considering the matters stated herein.

10. The parties have conferred about this motion, and the Defendant joins the United States in filing this motion. The Defendant acknowledges that this continuance will toll the time limits under the Speedy Trial Act.

        Respectfully submitted,

        NICHOLAS J. GANJEI
        United States Attorney

By:   */s/ Sharad S. Khandelwal*
      SHARAD S. KHANDELWAL
      EUN KATE SUH
      Assistant United States Attorneys
      U.S. Attorney's Office, S.D. Texas
      Tel: (713) 567-9000

## Certificate of Service

I certify that, on the date this was filed with the Court, a copy of the foregoing was provided to counsel for defendant via ECF and/or e-mail.

>/s/ Sharad S. Khandelwal
SHARAD S. KHANDELWAL
Assistant U.S. Attorney

## Certificate of Conference

I certify that undersigned counsel for the United States spoke to counsel for the Defendant, who joins in this motion.

>/s/ Sharad S. Khandelwal
SHARAD S. KHANDELWAL
Assistant U.S. Attorney