UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 4-24-CR-608 |
| | § | |
| JOEY LAMAR ELLIS | § | **Under Seal** |

## UNITED STATES' RESPONSE TO THE COURT'S OCTOBER 2, 2025 ORDER

The United States of America through Nicholas J. Ganjei, United States Attorney, and Sharad S. Khandelwal and Eun Kate Suh, Assistant United States Attorneys, respectfully files this Response to the Court's October 2, 2025, order denying the Defendant's motion to quash. In that order, the Court asks the Court to file briefs by October 9, 2025, as to whether the United States should be permitted to share the results of the STD test with the victims.

A review of the STD results in this case show that the Defendant does not have HIV. The STD results as to syphilis remain a bit unclear, however, apparently a result of his prior infection and treatment for syphilis. BOP is still evaluating how to proceed given the possible need for a follow up test.

Given the situation is not fully resolved, the United States does not request permission to share the results with the victim at this time. If that situation changes, however, the government may file a motion seeking permission at that time.

            Respectfully submitted,

            NICHOLAS J. GANJEI
            United States Attorney

     By:  */s/ Sharad S. Khandelwal*
        SHARAD S. KHANDELWAL
        KATE SUH
        Assistant United States Attorneys

1

U.S. Attorney's Office, S.D. Texas
Tel: (713) 567-9000

### Certificate of Service

  I certify that, on the date this was filed with the Court, a copy of the foregoing was provided to counsel for defendant via ECF and/or e-mail.

*/s/ Sharad S. Khandelwal*
SHARAD S. KHANDELWAL
Assistant U.S. Attorney
