United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 4-24-CR-608 |
| | § | |
| JOEY LAMAR ELLIS | § | |

## ORDER

Having considered the United States' Motion for a Continuance, and any opposition filed hereto, the Motion is **HEREBY GRANTED**.   The Court finds that the ends of justice served by granting a continuance outweigh the interest of the public, as well as the defendant, in a speedy trial. The Court also finds that pursuant to 18 U.S.C. § 3161, failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation. It is **ORDERED** that a period of excludable delay shall commence from today, pursuant to 18 U.S.C. § 3161. The period of excludable delay shall end at commencement of trial or disposition of charges.

Accordingly, it is **ORDERED** that any deadlines in any prior Scheduling Orders issued in this matter are continued.

A status conference is hereby scheduled for May 20, 2026, at 12:15 p.m.   At

1

that time the Court will decide whether to issue a scheduling order in this matter in

preparation for trial or to schedule a further status conference.

Dated this 16th day of   March  , 2026.

_George C. Hanks Jr_

HONORABLE GEORGE C. HANKS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS

2