USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

No. **4:24-cr-608-S**

USAO#: 2024R04038
MAG NO.

United States Courts
Southern District of Texas
FILED

SUPERSEDING INDICTMENT

Filed: *May 12, 2026*   Judge: **Hanks**

Nathan Ochsner, Clerk of Court

UNITED STATES of AMERICA
vs.

ATTORNEYS:
JOHN G.E. MARCK, ACTING USA          (713) 567-9000
SHARAD S. KHANDELWAL, AUSA          (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| Joey Lamar Ellis | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Cts. 1, 2, 3, 4, 5, 7, 8, 10, 11, 12, 13, 14: Deprivation of Rights Under Color of Law [18 USC § 242]
Cts. 6, 9, 15: Brandishing of a Firearm During and in Relation to a Crime of Violence [18 USC § 924(c)(1)(A)]
Ct. 16: Obstruction of Justice - Witness Tampering [18 USC § 1512(b)(3)]

Charges Total Counts (16)

**PENALTY:**
Cts. 1, 2, 3, 4, 5, 7, 8, 10, 11, 12, 13, 14: Imprisoned for any term of years, or life; a fine of not more than $250,000, Supervised Release Period of 5 years with 5 years maximum to be imposed upon violation, $100 special assessment
Cts. 6, 9, 15: Imprisoned for no less than 7 years consecutive to any other crime, a fine of not more than $250,000, Supervised Release Period of 3 years with 2 years maximum to be imposed upon violation, $100 special assessment
Ct. 16: Imprisoned for maximum of 20 years, a fine of not more than $250,000, Supervised Release Period of 3 years with 2 years maximum to be imposed upon violation, $100 special assessment.

☑ In Jail    Joey Lamar Ellis – FDC Houston, 1200 Texas Avenue, Houston, Texas 77002

☐ On Bond

NAME & ADDRESS
of Surety

☐ No Arrest

# PROCEEDINGS:

| | |
|---|---|
| | |
| | |
| | |
| | |