**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 4-24-CR-608** |
| | § | |
| **JOEY LAMAR ELLIS** | § | |

## JOINT MOTION TO CONTINUE

The United States of America through John G.E. Marck, Acting United States Attorney, and Sharad S. Khandelwal, Eun Kate Suh, and Amanda Alum, Assistant United States Attorneys, and the Defendant, respectfully jointly moves that the Court continue the status hearing currently scheduled for May 20, 2026, and reschedule it for August 11, 2026, or some other date the Court deems appropriate.

1.      After the case was originally indicted, the Defendant was arrested and ordered detained pending trial following a detention hearing on December 12, 2024. *See* Docket #7, 14.  On January 13, 2025, the Court granted the United States' unopposed motion to designate the case as complex and for a continuance.  *See* Docket #20.

2.      On May 12, 2026, the Grand Jury returned a Superseding Indictment in this case.

1

3.      The United States is preparing to provide discovery in this case, which is voluminous.

4.      Accordingly, the parties respectfully file this request for a continuance and request that the Court set this case for a status hearing on or about August 11, 2026, or some other date the Court deems appropriate, by which time the Defendant will have had sufficient time to review discovery and assess whether it needs additional time to review discovery or whether is it in a position to set a trial schedule.

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney

By: /s/ *Sharad S. Khandelwal*
      SHARAD S. KHANDELWAL
      EUN KATE SUH
      AMANDA ALUM
      Assistant United States Attorneys
      U.S. Attorney's Office, S.D. Texas
      Tel: (713) 567-9000

2

## Certificate of Service

I certify that, on the date this was filed with the Court, a copy of the foregoing was provided to counsel for defendant via ECF and/or e-mail.

/s/ Sharad S. Khandelwal
SHARAD S. KHANDELWAL
Assistant U.S. Attorney

## Certificate of Conference

I certify that undersigned counsel for the United States spoke to counsel for the Defendant, who joins this motion.

/s/ Sharad S. Khandelwal
SHARAD S. KHANDELWAL
Assistant U.S. Attorney